# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00737-CV

---

### Airstream, Inc.; and RV Retailer Texas II LLC d/b/a Blue Compass RV, Appellants

### v.

### Jayce K. Kadire, Appellee

---

**FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-24-003304, THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellants Airstream, Inc. and RV Retailer Texas II LLC d/b/a Blue Compass RV filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Agreed Motion

Filed: April 23, 2025